**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00856-CR

### EX PARTE ALEJANDRO TOVAR

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MC13-A1095**

## ORDER

The Court has before it the August 23, 2013 motion of Roberto Alonzo and Dan Wood, Jr. to withdraw as appellant's attorneys. In the motion, Mr. Alonzo and Mr. Wood state that although appellant directed them to file a notice of appeal from the trial court's order denying him habeas corpus relief, appellant has refused to enter a contract for appellate representation. Mr. Alonzo and Mr. Wood further state that they are retained, not appointed, counsel for appellant. They ask that they be allowed to withdraw or, alternatively, that the appeal be abated to determine whether appellant desires to pursue it.

The clerk's and reporter's records have been filed in this appeal. Appellant's brief was due on August 23, 2013, and the appeal is set for submission without argument on October 11, 2013. This appeal involves a post-conviction habeas corpus proceeding brought under article 11.072 of the Texas Code of Criminal Proceeding. Appellant is not constitutionally or statutorily entitled to appointed counsel in this habeas corpus proceeding. *See Ex parte Graves*, 70 S.W.3d

103, 111 (Tex. Crim. App. 2002); *see also* Tex. Code Crim. P. Ann. art. 11.072 (West 2005) (contains no requirement that counsel be appointed for applicant).

Accordingly, we **GRANT** the motion of Mr. Alonzo and Mr. Wood to withdraw as appellant's attorneys of record. We **DIRECT** the Clerk to remove Roberto Alonzo and Dan Wood, Jr. as appellant's attorneys of record.

We **ORDER** Mr. Alonzo and Mr. Wood to send copies of the clerk's and reporter's records to appellant to allow him to prepare his brief for this appeal. We further **ORDER** Mr. Alonzo and Mr. Wood to provide this Court, within **SEVEN DAYS** of the date of this order, with written verification that they have sent appellant copies of the record.

We **ORDER** appellant to provide this Court, by **SEPTEMBER 9, 2013**, with the name, State Bar number, and contact information for new retained counsel. If we do not receive the name and contact information by the date specified, we will presume appellant is representing himself in this appeal.

We **ORDER** appellant to file his brief in this appeal by **SEPTEMBER 23, 2013**. We **ORDER** the State to file its brief by **OCTOBER 7, 2013**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.

The appeal remains set for submission on October 11, 2013.

We **DIRECT** the Clerk to send copies of this order, by Roberto Alonzo, Dan Wood, Jr., and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Alejandro Tovar, 1913 Pembroke Street, Irving, Texas 75060.

/s/     KERRY P. FITZGERALD
PRESIDING JUSTICE